UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDDIE DANIEL JEFFERY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:05-CV-1258-G |
| TERRELL STATE HOSPITAL, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court, except for the following:

1. The statute referenced in the sentence on page 2, lines 7, 8, and 9 should be changed from "28 U.S.C. § 2254" to "28 U.S.C. § 2241".

**SO ORDERED**.

October 12, 2005.

```
_____
A. JOE FISH
CHIEF JUDGE
```